# EXHIBIT-E

# MAIL  TRACKING

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

6/1/2010 12:23 AM



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7187 7930 3131 7555 7637
Service(s): Certified Mail™
Status: **Delivered**

Your item was delivered at 12:18 PM on May 29, 2010 in ASHBURN, VA 20147.

Foreclosure Notice was delivered on 05/29/2010

**Track & Confirm**

Enter Label/Receipt Number.

[ Go > ]

Detailed Results:

• Delivered, May 29, 2010, 12:18 pm, ASHBURN, VA 20147
• Arrival at Pick-Up-Point, May 28, 2010, 6:43 pm, ASHBURN, VA 20147
• Notice Left, May 28, 2010, 11:01 am, ASHBURN, VA 20147
• Arrival at Unit, May 28, 2010, 8:11 am, ASHBURN, VA 20147

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]

**Return Receipt (Electronic)**
Verify who signed for your item by email. [ Go > ]

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

---

Defendant failed to provide to the plaintiffs with a Notice of Default and Intent to accelerate as required by and/or that complies with Paragraph 22 of the subject mortgage. As a result, Plaintiffs have been denied a good faith opportunity, pursuant to the mortgage and the servicing obligations of the defendant, to avoid acceleration and this foreclosure. Defendant just sent the foreclosure Notice on 05/29/2010 and fixed the foreclosure Sale date on 06/11/2010. (JUST 10 DAYS)

## DEFENDANTS FAILED TO COMPLY WITH APPLICABLE POOLINGANDSERVICING AGREEMENT LOAN SERVICING REQUIREMENTS

Plaintiffs assert that the special default loan servicing requirements contained in the subject pooling and servicing agreement, to be filed in pertinent part and which is on file at: http://www.secinfo.com , are incorporated into the terms of the mortgage contract between the parties as if written therein word for word and the plaintiffs are entitled to rely upon the servicing terms set out in that agreement.

The defendants failed, refused or neglected to comply with prior to the commencement of this action with the servicing obligations specifically imposed on the defendants by thePSAin many particulars, including, but not limited to,Defendants cannot legally pursue foreclosure unless and until Defendants demonstrates compliance with the foreclosure prevention servicing imposed by the subject pooling and servicing agreement under which the defendants owns the subject mortgage loan.

Defendant's failure to meet the servicing obligations imposed by thePSA cause the filing by defendants of this foreclosure to be in premature, in bad faith and a breach by defendants of its obligation to plaintiffs implied in the mortgage contract and as specified in writing in thePSA, to act in good faith and to deal fairly with plaintiffs. Instead, Defendant's servicing failures as set forth herein render defendant's actions in filing this premature foreclosure to be in bad faith and not acceptable loan servicing under the written contracts between the parties which include the mortgage, the PSA incorporated therein or by which plaintiffs are third party beneficiaries thereof and the promissory note. Defendants intentionally failed to act in good faith or to deal fairly with these plaintiffs

EXHIBIT

## DETAILS OF MAILING OF NOTICE OF HEARING WITH PROOF OF DELIVERY

| Addressee | Tracking Number | Date Shipped | Date Received | Time Received | Received By | Remarks |
|---|---|---|---|---|---|---|
| Samuel L. White, 5040 Corporate Woods Drive Suite ... Virginia Beach VA 23462-6523 | 1) 1249839R037438467 | 06/07/10 | 06/08/10 | 9:54AM | Young (Reception) | DELIVERED |
| | 2) Also sent via Fax # 757-497-2802 | 06/07/10 | Fax received at 3.54PM | Fax received at 3.54PM | Delivered | Delivered |
| | 3) Called at phone #757-490-9284 | | Called twice, spoke to Ms. Venesa, informed her for hearing, date, time and place and left voice message on Virginia's voice mail | Called twice at 3:14PM & 3:16PM | Message delivered Ms. Venesa and also left voice message on Virginia's voice mail | Personally delivered to Ms. Venesa |
| MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA 20190 | 1) 1249839R037092061 | 06/07/10 | 06/8/10 | 1:38PM | Terry (Mail Room) Delivered | DELIVERED Delivered |
| | 2) Also sent via Fax #703-748-0183 | 06/10/10 | 06/07/10 | Fax received at 3.56PM | | |
| Reconstruct Company, NA, is a | 1) Certified mail #70073020000193309 499 | 06/07/10 | 06/09/10 | 1.45PM | Flemming (Mail Room) | DELIVERED |

1

EXHIBIT

## DETAILS OF MAILING OF NOTICE OF HEARING WITH PROOF OF DELIVERY

| | | Called for 6.15Minutes on 06/07/10 | Informed Ms. Sara | Informed Ms. Sara | Informed Ms. Sara |
|---|---|---|---|---|---|
| 2) wholly-owned subsidiary of Bank of America, N.A. 2380 Performance Drive, Richmond, TX 77082, and Mail Stop: RGV-C4-450 | 2) Also called phone#1-866-781-0029, spoke to Ms. Sara "and informed her about the date, time and place of hearing. Ms. Sara refused to provide the Fax # | 3:21PM on 06/07/10 | | | |
| BAC Home Loans Servicing LP, PO Box 10070 Dallas, TX 75265-0070 | Certified mail #700730200019330 5529 | 06/07/10 | 06/9/10 2:31PM | Reception | DELIVERED |
| Country wide Home Loans, Inc. America's wholesale Lender 3500 Park Granda MSN# SVB-314 Calabasas CA 91302 | Certified mail #7007302000019330 9482 | 06/07/10 | 06/09/10 Fax received at 2:45PM | PHIL (Office) | DELIVERED |
| Bank of America  PO Box 5170Simi Valley A93062-5170 | 1) Certified mail #7007302000019330 9 543 2) Also sent via Fax # 805-520-5019 | 06/07/10 06/07/10 Fax received | 06/07/10 Fax received at 4.01 PM | Delivered | Fax delivered |

. Sara refused to provide the Fax # for RECONTRUST and told to Fax to bank of America Fax # 805-520-5019, and the Notice for hearing was faxed at 3.54PM.

2

EXHIBIT

## DETAILS OF MAILING OF NOTICE OF HEARING WITH PROOF OF DELIVERY

| | at 3.54PM Called twice, spoke to Ms. Trisha and informed her, for hearing date, time and place | 3.54PM Called twice, spoke to Ms. Trisha and informed her, for hearing date, time and place | Message Personally delivered to Ms. Trisha | Message Personally delivered to Ms. Trisha | Message Personally delivered to Ms. Trisha |
|---|---|---|---|---|---|
| 3)  Called at 3.33PM on phone # 805-520-8912 & 805-520-3206 | | | | | |

3

*Mr. Samuel. I. White PC*

## HP LaserJet *3055*

# Fax Call Report

The UPS Store 5742
7037294966
Jun-7-2010    3:55PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 6482 | 6/ 7/2010 | 3:54:57PM | Send | 17574972802 | 0:34 | 2 | OK |

LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
COUNTY OF LOUDOUN

Asad Sammi Niyaz

Plaintiff                                        CASE No. CL-61937

Vs.

Bank of America
PO Box 5170
Simi Valley CA93062-5170

Country wide Home Loans, Inc
America's Wholesale Lender
4500 Park Granda MSN# SVB-314
Calabasas CA 91302-1613

BAC Home Loans Servicing LP
PO Box 650070
Dallas, TX 75265-0070

Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
20190

Samuel I. White, PC,
5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

Jon Doe 1-100, et al
Defendants

## NOTICE FOR HEARING

Notice is hereby given that an Emergency Hearing will be held on **JUNE 10, 2010, at 0930AM**, in Court Room Number **2-B** at **LOUDOUN COUNTY CIRCUIT COURT**
You are notified to appear before the Loudoun County Circuit Court on the date, time
and place specified above for the hearing on the above captioned case regarding the injunction for

## LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
### COUNTY OF LOUDOUN

Asad Sammi Niyaz

     Plaintiff

                                    CASE No. CL-61937

Vs.

     Bank of America
     PO Box 5170
     Simi Valley CA93062-5170

     Country wide Home Loans, Inc
     America's Wholesale Lender
     4500 Park Granda MSN# SVB-314
     Calabasas CA 91302-1613

     BAC Home Loans Servicing LP
     PO Box 650070
     Dallas, TX 75265-0070

     Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
     Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

     MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
     20190

     Samuel I. White, PC,
     5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

     Jon Doe 1-100, et al
     Defendants

# NOTICE FOR HEARING

Notice is hereby given that an Emergency Hearing will be held on **JUNE 10, 2010**, at **0930AM**, in Court Room Number **2-B** at **LOUDOUN COUNTY CIRCUIT COURT**

You are notified to appear before the Loudoun County Circuit Court on the date, time and place specified above for the hearing on the above captioned case regarding the injunction for

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

      If you fail to appear for the hearing on injunction will proceed in your absence.

    Please govern yourself accordingly.


Asad Sammi Niyaz

Date **June 7, 2010**

*MLR3*

---

**HP LaserJet** *3055*

# Fax Call Report

The UPS Store 5742
7037294966
Jun-7-2010    3:57PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 6483 | 6/ 7/2010 | 3:56:02PM | Send | 17037480183 | 1:02 | 2 | OK |

---

LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
COUNTY OF LOUDOUN

Asad Sammi Niyaz

　　　Plaintiff

　　　　　　　　　　　　　　　CASE No. CL-61937

Vs.

Bank of America
PO Box 5170
Simi Valley CA93062-5170

Country wide Home Loans, Inc
America's Wholesale Lender
4500 Park Granda MSN# SVB-314
Calabasas CA 91302-1613

BAC Home Loans Servicing LP
PO Box 650070
Dallas, TX 75265-0070

Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
20190

Samuel L White, PC,
5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

Jon Doe 1-100, et al
Defendants

## NOTICE FOR HEARING

Notice is hereby given that an Emergency Hearing will be held on **JUNE**
**10, 2010, at 0930AM**, in Court Room Number **2-B** at
LOUDOUN COUNTY CIRCUIT COURT

You are notified to appear before the Loudoun County Circuit Court on the date, time
and place specified above for the hearing on the above captioned case regarding the injunction for

LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
COUNTY OF LOUDOUN

Asad Sammi Niyaz

    Plaintiff

                                   CASE No. CL-61937

Vs.

    Bank of America
    PO Box 5170
    Simi Valley CA93062-5170

    Country wide Home Loans, Inc
    America's Wholesale Lender
    4500 Park Granda MSN# SVB-314
    Calabasas CA 91302-1613

    BAC Home Loans Servicing LP
    PO Box 650070
    Dallas, TX 75265-0070

Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
20190

    Samuel I. White, PC,
    5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

    Jon Doe 1-100, et al
    Defendants

# <u>NOTICE FOR HEARING</u>

Notice is hereby given that an Emergency Hearing will be held on **JUNE
10, 2010**, at **<u>0930AM</u>**, in Court Room Number **2-B** at
**LOUDOUN COUNTY CIRCUIT COURT**

You are notified to appear before the Loudoun County Circuit Court on the date, time
and place specified above for the hearing on the above captioned case regarding the injunction for

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

    If you fail to appear for the hearing on injunction will proceed in your absence.

Please govern yourself accordingly.

Asad Sammi Niyaz        *Asad S. Niyaz*

Date **June 7, 2010**

*BANK OF AMERICA*

---

**HP LaserJet** *3055*

# Fax Call Report

---

The UPS Store 5742
7037294966
Jun-7-2010    4:02PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 6485 | 6/ 7/2010 | 4:01:12PM | Send | 18055705019 | 1:17 | 2 | OK |

---

LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
COUNTY OF LOUDOUN

Asad Sammi Niyaz

    Plaintiff                                    CASE No. CL-61937

Vs.

    Bank of America
    PO Box 5170
    Simi Valley CA93062-5170

    County wide Home Loans, Inc
    America's Wholesale Lender
    4500 Park Granda MSN# SVB-314
    Calabasas CA 91302-1613

    BAC Home Loans Servicing LP
    PO Box 650070
    Dallas, TX 75265-0070

    Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
    Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

    MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
    20190

    Samuel J. White, PC,
    5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

    Jon Doe 1-100, et al
    Defendants

## NOTICE FOR HEARING

Notice is hereby given that an Emergency Hearing will be held on **JUNE**
**10, 2010**, at **0930AM**, in Court Room Number **2-B** at
**LOUDOUN COUNTY CIRCUIT COURT**
    You are notified to appear before the Loudoun County Circuit Court on the date, time
and place specified above for the hearing on the above captioned case regarding the injunction for

### LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
### COUNTY OF LOUDOUN

Asad Sammi Niyaz

  Plaintiff

               CASE No. CL-61937

Vs.

 Bank of America
 PO Box 5170
 Simi Valley CA93062-5170

 Country wide Home Loans, Inc
 America's Wholesale Lender
 4500 Park Granda MSN# SVB-314
 Calabasas CA 91302-1613

 BAC Home Loans Servicing LP
 PO Box 650070
 Dallas, TX 75265-0070

 Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
 Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

 MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
 20190

 Samuel I. White, PC,
 5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

 Jon Doe 1-100, et al
 Defendants

# __NOTICE FOR HEARING__

**Notice is hereby given that an Emergency Hearing will be held on JUNE 10, 2010, at 0930AM, in Court Room Number 2-B at LOUDOUN COUNTY CIRCUIT COURT**

    **You are notified to appear before the Loudoun County Circuit Court on the date, time and place specified above for the hearing on the above captioned case regarding the injunction for**

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

If you fail to appear for the hearing on injunction will proceed in your absence.

Please govern yourself accordingly.


Asad Sammi Niyaz                     _Asad S. Niyaz_

Date **June 7, 2010**

**Receipt 1 (left)**

# Shipment Receipt : Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Mon, Jun 7, 2010

EXPECTED DELIVERY DATE:
TUES, JUN 8, 2010 (Est.)

SHIP FROM:
ASHO S NIYR2
20270 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0831
Business

SHIP TO:
MR. SAMUEL I WHITE PC
5040 COOPERATE WOODS DR
STE 120
Virginia Beach VA 23462

SHIPMENT INFORMATION:
UPS Ground Commercial
0.05 lbs actual wt
1.00 lbs billable wt
Dims: 10.0x6.0x1.0
E-mail Notification: Ship,Deliver

Tracking Number: 1z49819R037438467 4
Shipment ID: MH1XUA1BPFZ6C
Order/Item #: -
Ref#: -  -

DESCRIPTION OF GOODS:
DOC

SHIPMENT CHARGES:
Ground Commercial          $7.05
Service Options            $0.00
Fuel Surcharge             $0.39
CMS Processing Fee         $0.20

Total                      $7.64

SHIPPED THROUGH:
The UPS Store #5742
BROADLANDS VA 20148
(703) 729-2215

COMPLETE ONLINE TRACKING
Enter either of those addresses in your web browser to track
http://thupsstore.com   Contact Tracking or "Shipment ID #)
http://?order.com       Contact Tracking enter"Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

ShipmentID: MH1XUA1BPFZ6C

Powered by iShip(tm)
06/07/2010 04:04 PM Pacific Time

---

**Receipt 2 (right)**

# Shipment Receipt : Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Mon, Jun 7, 2010

EXPECTED DELIVERY DATE:
TUES, JUN 8, 2010 (Est.)

SHIP FROM:
ASHO S NIYR2
20270 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0831
Business

SHIP TO:
HERS
1810 LIBRARY ST
STE 300
Reston VA 20190

SHIPMENT INFORMATION:
UPS Ground Commercial
0.05 lbs actual wt
1.00 lbs billable wt
Dims: 10.0x6.0x1.0
E-mail Notification: Ship,Deliver

Tracking Number: 1z49819R037709826 1
Shipment ID: MH1XUA1366L66
Order/Item #: -
Ref#: -  -

DESCRIPTION OF GOODS:
DOC

SHIPMENT CHARGES:
Ground Commercial          $7.05
Service Options            $0.00
Fuel Surcharge             $0.39
CMS Processing Fee         $0.20

Total                      $7.64

SHIPPED THROUGH:
The UPS Store #5742
BROADLANDS VA 20148
(703) 729-2215

COMPLETE ONLINE TRACKING
Enter either of those addresses in your web browser to track
http://thupsstore.com   Contact Tracking or "Shipment ID #)
http://?order.com       Contact Tracking enter"Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

ShipmentID: MH1XUA1366L66

Powered by iShip(tm)
06/07/2010 04:00 PM Pacific Time

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Sent To: BAC HOME LOANS SERVICING
Street, Apt. No.; or PO Box No.: P.O. Box 650070
City, State, ZIP+4: DALLAS TX 75265-0070

PS Form 3800, August 2006    See Reverse for Instructions

---

7003 5643

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: BANK OF AMERICA
Street, Apt. No.; or PO Box No.: P.O. Box 5170
City, State, ZIP+4: 93062

PS Form 3800, August 2006    See Reverse for Instructions

7007 0000 0814

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: BAC Home Loans
Street, Apt. No.; or PO Box No.: P.O. Box 650070
City, State, ZIP+4: 75265

PS Form 3800, August 2006    See Reverse for Instructions

---

7007 9462 9330 0001 3020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Sent To: COUNTRYWIDE HOME LOANS INC
Street, Apt. No.; or PO Box No.: 4500 PARK GRANDA
City, State, ZIP+4: CALABASAS CA 91302-1613

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Sent To: BANK OF AMERICA
Street, Apt. No.; or PO Box No.: P.O. Box 5170
City, State, ZIP+4: SIMMI VALLEY CA 93062-5170

PS Form 3800, August 2006    See Reverse for Instructions

---

7007 9499 9330 0001 3020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Sent To: RECONTRUST COMPANY NA
Street, Apt. No.; or PO Box No.: 2380 PERFORMANCE DRIVE
City, State, ZIP+4: RICHARDSON TX 75082

PS Form 3800, August 2006    See Reverse for Instructions

LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
COUNTY OF LOUDOUN

Asad Sammi Niyaz

     Plaintiff

CASE No. CL-61937

Vs.

    Bank of America
    PO Box 5170
    Simi Valley CA93062-5170

    Country wide Home Loans, Inc
    America's Wholesale Lender
    4500 Park Granda MSN# SVB-314
    Calabasas CA 91302-1613

    BAC Home Loans Servicing LP
    PO Box 650070
    Dallas, TX 75265-0070

    Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
    Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

    MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
    20190

    Samuel I. White, PC,
    5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

    Jon Doe 1-100, et al
    Defendants

# <u>NOTICE FOR HEARING</u>

Notice is hereby given that an Emergency Hearing will be held on **JUNE**
**10, 2010, at 0930AM,** in Court Room Number **2-B** at
**LOUDOUN COUNTY CIRCUIT COURT**

       You are notified to appear before the Loudoun County Circuit Court on the date, time
and place specified above for the hearing on the above captioned case regarding the injunction for

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

If you fail to appear for the hearing on injunction will proceed in your absence.

Please govern yourself accordingly.

Asad Sammi Niyaz                          _Asad S. Niyaz_

Date **June 7, 2010**

## LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
## COUNTY OF LOUDOUN

Asad Sammi Niyaz

      Plaintiff

                               CASE No. CL-61937

Vs.

    Bank of America
    PO Box 5170
    Simi Valley CA93062-5170

    Country wide Home Loans, Inc
    America's Wholesale Lender
    4500 Park Granda MSN# SVB-314
    Calabasas CA 91302-1613

    BAC Home Loans Servicing LP
    PO Box 650070
    Dallas, TX 75265-0070

    Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
    Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

    MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
    20190

    Samuel I. White, PC,
    5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

    Jon Doe 1-100, et al
    Defendants

# NOTICE FOR HEARING

Notice is hereby given that an Emergency Hearing will be held on **JUNE 10, 2010**, at **0930AM**, in Court Room Number **2-B** at **LOUDOUN COUNTY CIRCUIT COURT**

        You are notified to appear before the Loudoun County Circuit Court on the date, time and place specified above for the hearing on the above captioned case regarding the injunction for

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

     If you fail to appear for the hearing on injunction will proceed in your absence.

    Please govern yourself accordingly.


Asad Sammi Niyaz           *Asad S. Niyaz*

Date **June 7, 2010**

## LOUDOUN COUNTY CIRCUIT COURT OF VIRGINIA
## COUNTY OF LOUDOUN

Asad Sammi Niyaz

     Plaintiff

                                      CASE No. CL-61937

Vs.

    Bank of America
    PO Box 5170
    Simi Valley CA93062-5170

    Country wide Home Loans, Inc
    America's Wholesale Lender
    4500 Park Granda MSN# SVB-314
    Calabasas CA 91302-1613

    BAC Home Loans Servicing LP
    PO Box 650070
    Dallas, TX 75265-0070

    Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380
    Performance Drive, Richardson, TX 75082, and Mail Stop: RGV-C4-450

    MERS, Mortgage Electronic Registration System (MERS) 1818 Library Street, Suite 300 Reston, VA
    20190

    Samuel I. White, PC,
    5040Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523.

    Jon Doe 1-100, et al
    Defendants

# <u>NOTICE FOR HEARING</u>

Notice is hereby given that an Emergency Hearing will be held on **JUNE 10, 2010**, at **0930AM**, in Court Room Number **2-B** at **LOUDOUN COUNTY CIRCUIT COURT**

       **You are notified to appear before the Loudoun County Circuit Court on the date, time and place specified above for the hearing on the above captioned case regarding the injunction for**

the foreclosure sale of property located at, 20278 Glenrobin Terr Ashburn Virginia 20147. The copy of the Motion has already been sent to you on 06/01/2010.

If you fail to appear for the hearing on injunction will proceed in your absence.

Please govern yourself accordingly.

Asad Sammi Niyaz

Date **June 7, 2010**

```
            The UPS Store - #5742
         43300-116 Southern Walk Plaza
            Broadlands, VA 20148
               (703) 729-2215

             06/07/10  04:12 PM

        We are the one stop for all your
     shipping, postal and business needs.

        We offer all the services you need
           to keep your business going.
```

||||||||||||||||||||||||||||||||||||||||||||||

```
002 500801 (025)          T1 $   0.84
    6X9 MANILA ENV     QTY 4
    Reg Unit Price    $   0.21
003 000001 (003)          T1 $   2.40
    Copies             QTY 20
    Reg Unit Price    $   0.12
004 000004 (018)          T0 $   7.65
    Fax Service        QTY 6
    Reg Unit Price    $   1.50
    Other    (15.0%)$   1.35-
005 500170 (022)          T0 $  21.60
    CERTIFIED MAIL     QTY 4
    Reg Unit Price    $   5.40
006 001040 (001)          T0 $  14.52
    Ground Commercial  QTY 2
    Reg Unit Price    $   7.64
    Other     (5.0%)$   0.76-

                SubTotal  $  47.01
            Other 15 % OFF $  7.05-
          DepartmentofTaxation $ 0.14
                   Total  $  40.10

                   VISA  $  40.10
ACCOUNT NUMBER *    ************8017
```

```
Receipt ID 83740283763217888033 036 Items
CSH: ETHAN            Tran: 1265 Reg: 001

        You may track your packages at:
         www.theupsstorelocal.com/5742
```

EXHIBIT

## DETAILS OF MAILING WITH PROOF OF DELIVERY

| Addressee | Tracking Number | Date Shipped | Date Received | Time Received | Received By | Remarks |
|---|---|---|---|---|---|---|
| Samuel L. White, PC, 5040 Corporate Woods Drive Suite 120 Virginia Beach VA 23462-6523 | 1Z49839R0307956519 (UPS) | 06/02/2010 | 06/03/2010 | 09:53AM | Mr. Young (Reception) | DELIVERED |
| MERS, Mortgage Electronic Registration System [MERS] 1818 Library Street, Suite 300 Reston, VA 20190 | 1Z49839R0374625421 (UPS) | 06/02/2010 | 06/03/2010 | 2.13PM | Mr . Terry (Mail Room) | DELIVERED |
| Reconstruct Company, NA, is a wholly-owned subsidiary of Bank of America, N.A 2380 Performance Drive, | 1Z49839R0307959018 (UPS) | 06/02/2010 | 06/08/2010 | 10.03AM | Flemming (Mail Room) | DELIVERED |

Bank of America is smarter than most. It has created a web of companies for whose function is to perform activities that hide the fact that it is Bank of America, and there are other pretender lenders to hide behind this entity who suddenly appears as "trustee" or some other entity claiming the right to enforce the note, foreclose the mortgage, fill the any or whatever. Reconstruct is one of them, and is yes with in a "customers" that is will never make a REAL claim to the obligation, note or mortgage. RECONTRUST APPARENTLY HAS 12 EMPLOYEES. Yet it handles virtually the whole country Countrywide Loans, B of A, and others. From what I can see it is a sham corporation with sham function much the same as MERS and other players invented to make this process more complicated. I some additional research and found no less than four addresses in four states for that company, elaborate designed to get I can the run-around. So if you contact one office you are told to contact other. And if you contest their right to issue a notice of default, notice of sale or file a foreclosure lawsuit or defend your own lawsuit to stop them they have plenty of newly fabricated paperwork to up their position, because that is apparently all they do

## DETAILS OF MAILING WITH PROOF OF DELIVERY

| | | | | | |
|---|---|---|---|---|---|
| BAC Home Loans Servicing LP, PO Box 650070 Dallas, TX 75265-0070 Richardson, TX 75082 | Certified mail #700914100008171153 | 06/02/2010 | 06/08/2010 | 1:31 PM | OFFICE | DELIVERED |
| Country wide Home Loans, Inc America's Wholesale Lender 4500 Park Granda MSN# SVB-314 Calabasas CA 91302 | 1Z4983R9D307958Z60 (UPS) | 06/02/2010 | 06/8/2010 | 10:03AM | PHIL (Office) | DELIVERED |
| Bank of America PO Box 5170Simi Valley CA 93062-5170 | Certified mail #70091410000081459 63 | 06/02/2010 | 06/8/10 | 2:35 PM | Mail Room | DELIVERED |

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Wed, Jun 2, 2010

EXPECTED DELIVERY DATE:
THUR, JUN 3, 2010 EOD

SHIP FROM:
R590 NIYAZ
28278 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0831
Business

SHIP TO:
SAMUEL I. WHITE, PC
5040 CORPORATE WOODS DR
STE 120
VIRGINIA BEACH VA 23462-4377

SHIPPED THROUGH:
The UPS Store #5742
BROADLANDS VA 20148
(703) 729-2215

SHIPMENT INFORMATION:
UPS Ground Commercial
0.35 lbs actual wt
1.00 lbs billable wt
Dims: 12.0x9.0x1.0
E-mail Notification: Ship,Deliver

Tracking Number: 1z4903980307956519
Shipment ID: MHIXUWIFW939M
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
Ground Commercial          $7.05
Service Options            $0.00
Fuel Surcharge             $0.39
CHS Processing Fee         $0.20

Total                      $7.64

COMPLETE ONLINE TRACKING
Enter the tracking number in your web browser to track
http://shipmentsartd.com (select Tracking, enter "Shipment ID #)
http://www.ups.com (select Tracking, enter "Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

ShipmentID: MHIXUWIFW939M

Powered by iShip(sm)
06/02/2010 10:12 AM Pacific Time

---

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Wed, Jun 2, 2010

EXPECTED DELIVERY DATE:
TUES, JUN 8, 2010 EOD

SHIP FROM:
R590 NIYAZ
28278 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0831
Business

SHIP TO:
RECONSTRUCT COMPANY, HR
2300 PERFORMANCE DR
MAILSTOP R6V C4 460
RICHARDSON TX 75082-4333

SHIPPED THROUGH:
The UPS Store #5742
BROADLANDS VA 20148
(703) 729-2215

SHIPMENT INFORMATION:
UPS Ground Commercial
0.35 lbs actual wt
1.00 lbs billable wt
Dims: 12.0x9.0x1.0
E-mail Notification: Ship,Deliver

Tracking Number: 1z4903980307959018
Shipment ID: MHIXUWITRYTNXT
Order/Item #: - -
Ref#: - -

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
Ground Commercial          $8.20
Service Options            $0.00
Fuel Surcharge             $0.45
CHS Processing Fee         $0.20

Total                      $8.85

COMPLETE ONLINE TRACKING
Enter the tracking number in your web browser to track
http://shipmentsartd.com (select Tracking, enter "Shipment ID #)
http://www.ups.com (select Tracking, enter "Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

ShipmentID: MHIXUWITRYTNXT

Powered by iShip(sm)
06/02/2010 10:19 AM Pacific Time



# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Wed, Jun 2, 2010

**EXPECTED DELIVERY DATE:**
TUES, JUN 8, 2010 EOD

**SHIP FROM:**
ASHO NITNZ
20278 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0631

**SHIP TO:**
COUNTRYWIDE HOME LOANS, INC
4500 PARK GRANADA
CALABASAS CA 91302-1613
Business

**SHIPMENT INFORMATION:**
UPS Ground Commercial
0.20 lbs actual wt (Manul)
1.00 lbs billable wt
Dims: 12.0x9.0x1.0

Tracking Number: 1z4983RND307958280
Shipment ID: MMIXJW1GR6ZN9
Order/Item #: -
Ref#: - -

**DESCRIPTION OF GOODS:**
DOCS

**SHIPMENT CHARGES:**
Ground Commercial      $8.42
Service Options        $0.00
Fuel Surcharge         $0.46
CHS Processing Fee     $0.20

**Total                      $9.08**

Powered by 1Ship(sm)
06/02/2010 10:08 AM  Pacific Time

ShipmentID: MMIXJW1GR6ZN9

---

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Wed, Jun 2, 2010

**EXPECTED DELIVERY DATE:**
THUR, JUN 3, 2010 EOD

**SHIP FROM:**
ASHO NITNZ
20278 GLENROBIN TERRACE
Ashburn, VA 20147
(571) 275-0631

**SHIP TO:**
MEERS
1810 LIBRARY ST
STE 300
RESTON VA 20190-6280
Business

**SHIPMENT INFORMATION:**
UPS Ground Commercial
0.20 lbs actual wt
1.00 lbs billable wt
Dims: 12.0x9.0x1.0
E-mail Notification: Ship,Deliver

Tracking Number: 1z4983RND374625421
Shipment ID: MMIXJW1ZCU24N
Order/Item #: -
Ref#: - -

**DESCRIPTION OF GOODS:**
DOCS

**SHIPMENT CHARGES:**
Ground Commercial      $7.05
Service Options        $0.00
Fuel Surcharge         $0.39
CHS Processing Fee     $0.20

**Total                      $7.64**

Powered by 1Ship(sm)
06/02/2010 10:17 AM  Pacific Time

ShipmentID: MMIXJW1ZCU24N

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Postmark Here

Sent To BAC HOME LOANS SERVICING
Street, Apt. No.; or PO Box No. P.O. BOX 650070
City, State, ZIP+4 DALLAS TX 75265-0070

PS Form 3800, August 2006   See Reverse for Instructions

---

7009 1410 0000 0814 5963

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To BANK OF AMERICA
Street, Apt. No.; or PO Box No. P.O. BOX 5170
City, State, ZIP+4 93062

See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To BAC HOME LOANS
Street, Apt. No.; or PO Box No. P.O. BOX 650070
City, State, ZIP+4 75265

PS Form 3800, August 2006   See Reverse for Instructions

---

7007 3020 0001 9330 9482

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Postmark Here

Sent To COUNTRYWIDE HOME LOANS INC
Street, Apt. No.; or PO Box No. 4500 PARK GRANDA
City, State, ZIP+4 CALABASAS CA 91302-1613

PS Form 3800, August 2006   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Postmark Here

Sent To BANK OF AMERICA
Street, Apt. No.; or PO Box No. P.O. BOX 5170
City, State, ZIP+4 SIMMI VALLEY CA 93062-5170

PS Form 3800, August 2006   See Reverse for Instructions

---

7007 3020 0001 9330 9499

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 73 |
| Certified Fee | 4.67 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.40 |

Postmark Here

Sent To RECONTRUST COMPANY NA
Street, Apt. No.; or PO Box No. 2380 PERFORMANCE DRIVE
City, State, ZIP+4 RICHARDSON TX 75082

PS Form 3800, August 2006   See Reverse for Instructions

43500-118 Southern Walk Plaza
Broadlands, VA 20148
(703) 729-2215

06/02/10  01:09 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

CORPORATE CARD RECEIPT

Card Holder: AAA Member
Address    : San Diego CA

```
001 500170 (022)           TO $  13.98
    CERTIFIED MAIL      QTY 2
    Reg Unit Price    $   6.99
002 001040 (001)           TO $   7.26
    Ground Commercial
    Reg Unit Price    $   7.64
    CorpCard   (5.0%)$   0.38-
003 001040 (001)           TO $   8.41
    Ground Commercial
    Reg Unit Price    $   8.85
    CorpCard   (5.0%)$   0.44-
004 001040 (001)           TO $   7.26
    Ground Commercial
    Reg Unit Price    $   7.64
    CorpCard   (5.0%)$   0.38-
005 001040 (001)           TO $   7.26
    Ground Commercial
    Reg Unit Price    $   7.64
    CorpCard   (5.0%)$   0.38-
006 001040 (001)           TO $   8.63
    Ground Commercial
    Reg Unit Price    $   9.08
    CorpCard   (5.0%)$   0.45-
007 500805 (025)           T1 $   1.61
    9X12 Manila Env     QTY 7
    Reg Unit Price    $   0.27
    CorpCard  (15.0%)$   0.28-
```

```
               SubTotal  $  54.41
    DepartmentofTaxation  $   0.09
                  Total  $  54.50

                   VISA  $  54.50
ACCOUNT NUMBER *      ************8017
```

Attention: Clerk of Circuit Court

P. O. Box 550
18 E. Market St.
Leesburg, VA 20178

      Re:   *Asad Sammi Niyaz v. Bank of America, et als.*

          Circuit Court of Loudoun County; Civil Action File No.: CL61937

Dear Sir/Madam:

Please be advised that this office represents the interests of Bank of America, BAC
Home Loans, Countrywide Home Loans, Inc., Mortgage Electronic Registration
Systems, Inc., ReconTrust Company, Inc. and Samuel I. White, P.C. with regard
to the above-referenced matter. As it appears there is an emergency injunction
hearing scheduled for June 10, 2010 at 9:30 a.m. in the Circuit Court of Loudoun
County. We received notice of this hearing on or about June 8, 2010 and due to
scheduling conflicts with our attorneys we are unable to attend.

Additionally, none of above-referenced parties are properly before the Court as they have
not been served as of today's date. Moreover, said foreclosure sale that was scheduled
for June 11, 2010, has been postponed, briefly for reasons other than those
stated in Plaintiff's Complaint. We ask that this hearing be scheduled for a more
convenient time for both parties as it appears that there is no imminent harm to
the Plaintiff at this time.

      If you have any questions, or need anything further, please contact Christopher
Walker at 757-416-2530. In the interim, I remain,

Very truly yours,

/s/

Sherri L. Parsons

Litigation Paralegal



## SAMUEL I. WHITE, P.C.

ATTORNEYS AND COUNSELORS AT LAW

5040 CORPORATE WOODS DRIVE
SUITE 120
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 497-2802

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE*
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA & WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. HARRIS (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA,MD &
DC)**
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN*
JASON L. HAMLIN
CHRISTOPHER L.WALKER
SARAH A.CRICHIGNO (WV & VA)***
FABIO CRICHIGNO (WV & VA)***
CHRISTOPHER R. ARTHUR (WV) ****
JOHN E. DRISCOLL, III***
RONALIE K. DOGGETT
NINA AQUILINA
SARA K. TURNER
AMY J. HAYNIE(WV) ****
RONALD J. GUILLOT, JR. (VA & LA)
DONNA J. HALL
ROGER A. JARRELL, II*****
MICHAEL C. DYPSKI*****
ROBERT JONES

†1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

***235 High Street  Suite 311
MORGANTOWN,WV 26505
TELEPHONE (866) 839-8856
FAX(304) 413-0014

****300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

*****8600 LaSalle Road
Suite 333
The Chester Building
TOWSON, MD 21286

Real Estate/Title/REO
310 North Center Dr
Chesapeake Bldg 9
Norfolk, VA 23502
TELEPHONE (757) 217-3700
FAX(757) 490-4705

**To:**  **Loudoun County Circuit Court**

Company:

Fax:  1(703)777-0376

Phone:

**From:**  **Sherri Parsons**

Fax:

Phone:

E-mail:

## NOTES:

Civil Action File No.: CL61937

Please see attached. If you have any questions, please contact me at 757-457-1471.

Thank you in advance for your assistance in this matter.

Sherri L. Parsons

---

# SAMUEL I. WHITE, P.C.

ATTORNEYS AND COUNSELORS AT LAW

5040 CORPORATE WOODS DRIVE,

SUITE 120

SAMUEL I. WHITE

WM. ADAM WHITE

ERIC D WHITE†

D. CAROL SASSER (VA & GA)

EMMANUEL D. VOCES (VA & WV)

JODY M. LA (VA & GA)

VIRGINIA BEACH, VIRGINIA 23462

TELEPHONE (757) 490-9284

FACSIMILE (757) 497-2802

†1804 Staples Mill Road – Suite 200

RICHMOND, VIRGINIA 23230

TELEPHONE (804) 290-4290

FAX (804) 290-4298

††913King Street

ROBERT E FRAZIER(VA,MD, DC & WV)

LAURA D. HARRIS (VA, MD, DC & CA)

DANIEL J. PESACHOWITZ (VA,MD & DC)††

RANDA S. AZZAM (VA & MD)††

MICHAEL T. FREEMAN†

CHRISTOPHER L.WALKER

SARAH A.CRICHIGNO (WV & VA)†††

FABIO CRICHIGNO (WV & VA)†††

CHRISTOPHER R. ARTHUR (WV) ††††

JOHN E. DRISCOLL, III (MD & VA)††

ROSALIE K. DOGGETT

NINA AQUILINA NGUYEN†

SARA K. TURNER

RONALD J. GUILLOT, JR. (VA & LA)

DONNA J. HALL

DAVID W. CARTER†

ROBERT A. JONES

ELLEN G. OWEN†

KAREN E. DAILY

STEPHEN C. GREGORY††††

KATHY T. CRAIN

KIMBERLY B. LANE†

SHANA E. BILLINGY†††††

FEBRONIA CHRIST

RANDY L. KNIHA†††

LESLEY ANN WHEELER††††

H. JEROME SPARKS††††

ALEXANDRIA, VIRGINIA 22314

TELEPHONE (703) 739-1070

FAX (703) 739-2619


†††965 Hartman Run Road

Suite 1105

MORGANTOWN,WV 26505

TELEPHONE (304) 413-0010

TOLL FREE (866) 839-8856

FAX(304) 413-0014


††††300 Capitol Street, Suite 1600

CHARLESTON, WV 25301

TELEPHONE (304) 414-0200

FAX (304) 414-0202


†††††8600 LaSalle Road

Suite 333

The Chester Building

TOWSON, MD 21286

TELEPHONE (443) 632-0993

FAX (443) 632-0999

Circuit Court of Loudoun County