**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ASAD SAMMI NIYAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:10cv976-JCC-TCB |
| | ) |
| BANK OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**ANSWER OF DEFENDANTS BANK OF AMERICA, NA, COUNTRYWIDE HOME LOANS, INC., BAC HOME LOANS SERVICING LP, RECONTRUST COMPANY, NA AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Defendants Bank of America, NA ("Bank of America"), Countrywide Home Loans, Inc. ("Countrywide"), BAC Home Loans Servicing LP ("BAC"), Recontrust Company, NA ("Recontrust") and Mortgage Electronic Registration Systems, Inc. ("MERS") answer the Complaint. With respect to the numbered paragraphs, said Defendants answer as follows:

1. Denied.

2. Defendants lack sufficient information to admit or deny, and therefore deny these allegations.

3. Denied.

4. Defendants lack sufficient information to admit or deny, and therefore deny these allegations.

5. Denied.

6. Denied.

7. The first sentence is a legal conclusion as to which no response is warranted. Defendants deny the remaining allegations.

8. Denied.

9. Denied.

10. Defendants admit that Recontrust is an affiliate of Bank of America, and that both Recontrust and Samuel I. White, P.C. are trustees. Defendants deny the remaining allegations.

11. Defendants admit that Recontrust is not a resident of Virginia, and deny the remaining allegations.

12. Denied.

13. Denied (as to both paragraphs numbered 13).

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

As to the paragraphs listed under "Counterclaims," said Defendants respond as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

- 3 -

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Defendants reallege paragraphs 1-20.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

Defendants further assert the following defenses:

### First Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

If any actions of Defendants turn out to be improper, those actions were not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

### Third Defense

Plaintiffs' claims are barred by estoppel.

### Fourth Defense

Plaintiffs' claims are barred by waiver.

### Fifth Defense

Plaintiffs' claims are barred by the doctrine of unjust enrichment.

### Sixth Defense

Plaintiffs' claims are barred by unclean hands.

### Seventh Defense

Plaintiffs' claims are barred by the parol evidence rule.

### Eighth Defense

Plaintiffs' claims are preempted by the National Bank Act and other federal law.

Wherefore, Defendants pray that the Complaint be dismissed, that they be granted reasonable attorney' fees and costs and that the Court grant such other relief as demanded by the interest of justice.

Dated: August 31, 2010

    /s/ Jenelle M. Dennis
Jenelle M. Dennis (VA Bar No. 66569)
BALLARD SPAHR LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814-3401
Telephone (301) 664-6200
Facsimile: (301) 664-6299
Email:  dennisj@ballardspahr.com

Attorney for Defendants Bank of America, NA, Countrywide Home Loans, Inc., BAC Home Loans Servicing LP, Recontrust Company, NA and Mortgage Electronic Registration Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that I have this 31st day of August 2010, caused the foregoing Answer to be served by first-class mail, postage prepaid, upon:

>Asad Sammi Niyaz
>20278 Glenrobin Terrace
>Ashburn, VA 20147
>
>Ronald Guillot
>SAMUEL I. WHITE, P.C.
>5040 Corporate Woods Dr
>Suite 120
>Virginia Beach, VA 23462

>/s/ Jenelle M. Dennis
>Jenelle M. Dennis (VA Bar No. 66569)
>BALLARD SPAHR LLP
>4800 Montgomery Lane, 7th Floor
>Bethesda, MD 20814-3401
>Telephone (301) 664-6200
>Facsimile: (301) 664-6299
>Email: dennisj@ballardspahr.com
>
>Attorneys for Defendants Bank of America, NA, Countrywide Home Loans, Inc., BAC Home Loans Servicing LP, Recontrust Company, NA and Mortgage Electronic Registration Systems, Inc.